UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CASEY GALLINGER,<br><br>Defendant. | Case No. 1:16-cr-00066-BLW-1<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE** |

Pending before the Court is the Stipulated Motion to Continue Suppression Hearing (Dkt. 22). The Court is advised that both parties require additional time to complete discovery, investigate the case and prepare for the suppression hearing currently scheduled for October 18, 2016 at 1:30 pm. Based upon the stipulation (Dkt No. 22) filed by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulated Motion to Continue Suppression Hearing is GRANTED and the suppression hearing on October 18, 2016 is VACATED and shall be reset by a separate notice.

DATED: October 18, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER GRANTING STIPULATED MOTION TO CONTINUE - 1