UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CASEY GALLINGER,<br><br>Defendant. | Case No. 1:16-cr-00066-BLW<br><br>**ORDER VACATING TRIAL** |

On January 12, 2017, the Government filed a Notice of Appeal to the Ninth Circuit Court of Appeals (Dkt. 33) from this Court's pretrial suppression order (Dkt. 30). The appeal was filed pursuant to the Federal Rules of Appellate Procedure and Title 18, United States Code, Section 3731. The government states that the appeal is not taken for purpose of delay and the evidence at issue is substantial proof of a fact material in the proceedings.

A delay occasioned by an interlocutory appeal is considered excludable time under the Speedy Trial Act. 18 U.S.C. 3161(h)(1)(C). Therefore, in light of the pending appeal, the Court finds that a continuance of trial is warranted and that the period of time between the present trial date and the new trial date is excludable time, under Section 3161. However, the government is directed to expeditiously pursue a resolution of this

**ORDER - 1**

matter in the court of appeals, in view of the statutory command and the defendant's right to a speedy trial. *See* 18 U.S.C. § 3731 ("The appeal . . . shall be diligently prosecuted.").

**ACCORDINGLY, IT IS ORDERED THAT:**

1. The present trial date is **VACATED**, and a new trial shall be reset upon the Ninth Circuit's issuance of its decision on the pending appeal.

2. The period of time between the present trial date and the new trial date is deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(C).

DATED: January 12, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court